# Order

Michigan Supreme Court
Lansing, Michigan

December 14, 2018

158603

*In re* J.H. THARP, Minor.

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

SC: 158603
COA: 342358
Oakland CC Family Div:
  17-855110-NA

_____/

On order of the Court, the application for leave to appeal the October 4, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 14, 2018



Clerk

t1211